Prisoner's Civil Rights Complaint (Rev. 05/2015)   Date: 11-14-25 H.W.

In The United States District Court
For The Eastern District of Texas
Lufkin Division

Herbert Wiggins #01370636

Gib Lewis Unit

Case No. 9:25cv317
Crone/Stetson

V.

Warden Castleberry
Gib Lewis, 777 F.M. 3497 Woodville, TX. 75990
Eric Guerrero, T.D.C.J. Director
P.O. Box 99, Huntsville TX, 77342
U.T.M.B. Director, name unknown
301 University Blvd., Galveston, TX. 77555-1207
C. Rogers
Gib Lewis, 777 F.M. 3497 Woodville, TX. 75990
H. Glover
Gib Lewis, 777 F.M. 3497 Woodville TX. 75990
Sgt Bruster
Gib Lewis, 777 F.M. 3497 Woodville TX. 75990

1

Page 2 of Complaint

(1) Previous Lawsuits:
A. Have you filed any other lawsuit in state or federal courts relating to your imprisonment? ✓ Yes ___ No
B. If your answer to "A" is "yes", describe each lawsuit in the space below:
(1) Approximate date of filing lawsuit: 05/19/21
(2) Parties to previous lawsuit:
Plaintiff(s) Herbert Wiggins
Defendant(s) Director, T.D.C.J.
(3) Court: Eastern District
(4) Cause Number: Civil Action No. 1:20-cv-303
(5) Name of judge to whom case was assigned: Keith F. Giblin
(6) Disposition: Voluntarily dismissed
(7) Approximate date of disposition: Date unknown

pg 2

(Cont. from Page 2)
(2) Previous Lawsuits:
(1) Approximate date of filing lawsuit: July 28, 2025
(2) Parties to previous lawsuit:
Plaintiff(s) Herbert Wiggins
Defendant(s) Knize
(3) Court: Eastern District
(4) Cause Number: Civil Action No. 9:25-cv-219
(5) Name of judge to whom case was assigned: Crone / Hawthorn
(6) Disposition: still Pending
(7) Approximate date of disposition: N/A (not answered yet)

cont. on Extra Page # ii

i

(3) Previous lawsuits:
(1) Approximate date of filing lawsuit: Aug. 1, 2025
(2) Parties to previous lawsuit:
Plaintiff(s) Herbert Wiggins
Defendant(s) Eric Guerrero, T.D.C.J. Director
(3) Court: Eastern District
(4) Cause Number: Civil Action No. 9:25-cv-228
(5) Name of judge to whom case was assigned: Christine L. Stetson
(6) Disposition: Still Pending
(7) Approximate date of disposition: N/A (not answered yet)

(4) Previous Lawsuits:
(1) Approximate date of filing lawsuit: Aug. 21, 2025
(2) Parties to previous lawsuit:
Plaintiff(s) Herbert Wiggins
Defendant(s) ~~[scratched out]~~, T.D.C.J. Director, Eric Guerrero
(3) Court: Eastern District
(4) Cause Number: Civil Action No. 9:25-cv-234
(5) Name of judge to whom case was assigned: Crone/Hawthorn
(6) Disposition: Still Pending
(7) Approximate date of disposition: N/A (not answered yet)

(5) Previous Lawsuits:
(1) Approximate date of filing lawsuit: Feb. 23, 2023
(2) Parties to previous lawsuit:
Plaintiff(s) Herbert Wiggins
Defendant(s) Bobby Lumkin, T.D.C.J. Director

cont. on extra Page # iii

@ ii

(3) Court: Eastern District
(4) Cause number: Civil Action No. 1:23 cv 99
(5) Name of judge to whom case was assigned: Zack Hawthorn
(6) Disposition: Still Pending
(7) Approximate date of disposition: N/A (not answered yet)

(6) Previous Lawsuits:
(1) Approximate date of filing lawsuit: Oct. 30, 2025
(2) Parties to previous lawsuit:
Plaintiff (s) Herbert Wiggins
Defendant (s) Warden B. Smith
(3) Court: Eastern District
(4) Cause Number: Civil Action No. 9:25-cv-292
(5) Name of judge to whom case was assigned: Crone/Hawthorn
(6) Disposition: Still Pending
(7) Approximate date of disposition: N/A (not answered yet)

iii

II. Place of Present Confinement: Gib Lewis Unit

III. Exhaustion of Grievance Procedures:

Have you exhausted all steps of the grievance procedure? ___ Yes ✓ NO

This is unsolvable & an emergecie, so don't need to exhaust step one or two.

IV. Parties To This Suit:

A. Name and address of plaintiff: Herbert Wiggins, Gib Lewis Unit, 777 F.M. 3497, Woodville, TX. 75990

B. Full name of each defendant, his official position, place of employment, full mailing address.

Defendant #1: Warden Castleberry, Warden, T.D.C.J., Gib Lewis, 777 F.M. 3497 Woodville TX. 75990. (Castleberry's full name unknown)

Defendant #2: Eric Guerrero, T.D.C.J. Director, ~~Huntsville~~, P.O. Box 99, Huntsville, TX. 77342

Defendant #3: U.T.M.B Director (name unknown) Director, U.T.M.B. 301 University Blvd., Galveston, TX. 77555-1207

Defendant #4: C. Rogers, Law Library, Gib Lewis, 777 F.M. 3497 Woodville, TX. 75990.

Defendant #5: H. Glover, Manger of U.T.M.B., Gib Lewis medical, 777 F.M. 3497, Woodville, TX. 75990.

Defendant #6: Sgt Bruester (full name unknown) Sgt., Gib Lewis, 777 F.M. 3497, Woodville, TX. 75990.

3

V. Statement of Claim: Defendant #2

1) Plaintiff wrote Mr. Guerrero about his single cell being taken from him, because of retaliation against plaintiff by & because of C. Rogers & H. Glover. Mr. Rogers, was wrote up for not laying me in to get plaintiff's inmate trust fund account read out, so he had Mrs Glover to pull plaintiff's single cell, because they both (Rogers & Glover) knew about plaintiff's C.O.P.D. Mrs. Glover pulled Plaintiff's single cell & she had never even seen me for this C.O.P.D. so how could she pull it without even seeing plaintiff first. Plaintiff does not even know what Mrs. Glover looks like. Dr. John Oss seen plaintiff on 7/8/2024 & gave plaintiff his single cell which was ordered by the executive Director of T.D.C.J. Byron Collier. Plaintiff has trouble breathing with another inmate in the cell with him & Rogers & Glover knows this. A prison official must have a sufficiently culpable state of mind, in prison-conditions cases that state of mind is one of deliberate indifference to inmates health or safety. In that context deliberate indifference requires that the prison official must both know of and disregard an excessive risk to inmate health or safety. Rogers & Glover both were aware of the existence of the excessive risk of plaintiff's health & safety.

(Cont. on Extra Pages) (suiting Guerrero for 2.9. million for his part in this)

VI. Relief: Plaintiff are seeking relief from an inmate being in the cell causing plaintiff from breathing & depriving plaintiff of his sleep at night. Inmates cause plaintiff to feel like he loose 50 per cent of his air he breaths because of his C.O.P.P.

VII. General Background Information:
A. Names Know by: Herbert Lavonne Wiggins

4          (Cont. Next Page)

Cont. From Page 5, Statement of Claim:

(2) Defendant #1: Warden Castleberry, was wrote to by plaintiff about Mrs. H. Glover & C. Rogers pulling plaintiff's single cell pass for no reason, other than retaliation for plaintiff writing them up & for the lawsuits against all of them. I Mr. Castleberry on Oct. 24, 2025, but he has done nothing about this at all. They also moved out the inmate next door in 122 E & then moved another inmate in there thats just as bad about burning as the one they out. All they did was changed one burner for another just so they can say that they took care of the problem, but instead they just added to the problem. They knew this inmate was a drug head thats why they did this, just another way of torturing Plaintiff & get by with it a little longer. So since Mr. Castleberry refuse to do his job and take care of this, then he can be suited in his legal capacity because such suit does not effect the state in its sovereign or governmental capacity, and an official who commits an unconstitutional act is deemed to have been stripped of his official or representative character. So I am suiting Mr. Castleberry for his part in not protecting plaintiff from damage of his health & for putting plaintiff safety at risk. Plaintiff is seeking compensation damages from defendant Castleberry in the sum of 2.9 million dollars for his part in this matter.

(3) Defendant #3: U.T.M.B Director (name unknown) Plaintiff suiting the Director for (his or her) part in this case for 1.9 million dollars. Plaintiff is seeking this compensation

for indangerment of his health & safety risk & because the UTMB director is responsible for their employees actions & retalliation against the plaintiff. The director needs to train there employees better than this. Plaintiff making this lawsuit for creating life in dangerment (L.I.D.) on plaintiff for no reason.

(4) Defendant #4: C. Rogers, the law librarian for his part in this retalliation that he & Glover done. Mr. Rogers has continued to denie plaintiff access to the courts also by dening him his inmate trust fund account read out by not laying plaintiff in to get this for the court. Rogers also denied plaintiff carbon paper to make copys for the courts as he has no way of making copys any other way. This all happen when Plaintiff wrote Rogers up for dening him access to the courts, so he & Glover retalliated by taking Plaintiff's single cell pass that Dr. Osa gave plaintiff on 7/8/24, this was a cont. on the Exp. Date also. Mrs. Glover had never seen plaintiff, so how can she just pull plaintiffs single cell without knowing how bad his C.O.P.D. was. Plaintiff have never seen Mrs. Glover before at all. Plus who gave her the authority to go over the doctors decision on this. I'm suiting defendant Rogers for all the above act that he has done, for 1.9 million dollars & for decriminating against plaintiff for writing in God we trust on his envelopes & refuse to mail out his legal mail with this on it. And because an official who commits an unconstitutional act is deemed to be stripped of his official or representative character, so therefore can be suited in his official capacity.

ii

Statement of Claim Cont:

Defendant #5: Mrs. H. Glover pulled plaintiff's single cell because he wrote her up & filled a lawsuit on her in another case. Glover not only retalliated against plaintiff by taking his single cell, but by refusing to lay plaintiff in to get his blood pressure medication renewed & from seeing the doctor for over 5 months. This alone has in dangered plaintiffs life & health & safety also. Plaintiff has continued to file on all this retalliation but no one has done anything about any of it, not even the U.S. District Courts has done anything about all that plaintiff has complained about, like they don't believe any of what plaintiff is saying. Plaintiff have told the truth about all this, so I guest no one even cares that plaintiff is & are still being tortured by forcing him to stay in a cell with other inmates. After he has continued to do everything in his power to take care of this. They refuse to let me see rank even after he has ask over & over again to do so. Plaintiff has got in touch with his family & told them about everything, so if something happens to him, their going to be a lot to pay for it. They know about the courts knowing whats going on in this. Plaintiff thought it was against the law in the United States to torture & against cruel & unusal punishment & against denying Plaintiff of his Const Rights, but I undoubtedly was mis- staken about that because these courts have not done anything about this at all. Plaintiff is suiting Mrs Glover for 2.9 million dollars for all the above & indangering my life, health & safety.

iii

Defendant #6: Sgt. Bruster was on duty when they took my single cell, so I talked to the sgt. & ask him to send for the warden & he said it was not a warden on the unit at that time which was at 5:22 P.M. so I know he lied to me & I told him I did not believe that. So he said that it was a major on the building & I ask to see the major & the sgt. said he would tell him I wanted to talk to him. Then I went back to my cell & the sgt. came down after they have closed the door & ask to see my restriction of single cell & he call someone & told them that I did have single cell. But they told him no I did not have, so he told me that they were taking everyones single cell & he would go and get the major for me, but he nor the major came back. So I'm sueing in his official capasity for 500,000 dollars for his role in, indangering my health & putting me at safety risk, as well as (L.I.D) life in dangerment & for lying to plaintiff about all the above.

### Conclusion:

Plaintiff has had no one to help him on his deliberate indeferance & violating his eighth amend. Rights by doing so. Plaintiff thought that the courts were surpose to protect him but now he knows better, they are for the state of Texas to do their illegal stuff & get by with it. This, the above is a constitutional violation of plaintiffs rights, but no one cares about any of this. I'm asking the courts to atleast make TDCJ give his single cell back & make U.T.M.B. take care of his medical & dental needs, as well as his eyes, & now, not later.

iv

B. List all T.D.C.J.-CID identifications numbers: 01370636 T.D.C.J.

VIII. Sanctions:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ___ Yes ✓ No

B. 1-4, N/A

C. Has any court ever warned or notified you that sanctions could be imposed? ___ Yes ✓ No

D. 1-3, N/A

Executed on: 11/14/2025

Herbert Wiggins
Herbert Wiggins

Plaintiff's Declarations:

1. I declare under penalty of perjury all facts presented complaints & attachment are true and correct

2. I understand, if I am released or transferred, it is my responsibility to keep the courts informed of my mailing address & failure to do so may result in dismissal of lawsuit.

3. I understand I must exhaust all available remedies prior to filing this lawsuit.

4. I understand I am prohibited from bringing an in forma pauperis lawsuit if I have brought three or more civil actions or appeals in a court of the United States while incarcerated in any facility, which lawsuits were dismissed on grounds they were frivolous, malicious, or fail to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.

5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fees & costs assessed by court, which shall be deducted in accordance with law from my inmate account by TDCJ until fee is paid.

Signed this 14th day of Nov., 2025

Herbert Wiggins
Herbert Wiggins

5

## Unsworn Declaration

I, Herbert Wiggins, T.D.C.J. #01370636, being presently incarcerated at the Gib Lewis Unit of the Texas Dept. of Criminal Justice in Woodville, TX, do declare as follows:

(1) That I am incarcerated in high security building at Gib Lewis unit in Woodville, TX, & the law library refuse to lay me in and have me escorted to law library & back, this is the reason why plaintiff is unable to get his inmate trust fund account copys to send this Honorable court. The Honorable Judge Crone ordered me to send this account copy as well as Honorable Judge Stetson. I've told & wrote I-60's to the librarain officier three times & he just keep refusing me, so I cannot make these officiers do anything so Plaintiff is unable to send account balance. Plaintiff has $0 in his account & will not recieve anything from friends or family or any other way.

(2) That, I do declare under penalty of perjury and under 28 U.S.C. § 1746 and V.T.C.A. Civil remedies, Practice Code §§ 132.001, 132.003 that I am unable to pay costs, fees and that the above is true and correct. Executed on this the 14th day of Nov., 2025

Respectfully Submitted
Herbert Wiggins
Herbert Wiggins

1

